4:09cr-464 JCH

FROM: MATTHEW S. NICHOL
REG #364-65-044
FMC LEXINGTON
P.O. BOX 14500
LEXINGTON, KY 40512

RECEIVED
BY INMATE
JAN 14 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

1-11-11 HELLO JEAN; MY NAME IS MATTHEW S. NICHOL A FEDERAL INMATE. AT THE FEDERAL MEDICAL CTR IN LEXINGTON, KY. I AM WRITING TO SEE IF YOU COULD HELP ME. PART OF MY SENTENCE WAS TO COMPLETE THE RDAP PROGRAM WHICH YOU RECOMMENDED. HOWEVER, I AM NOT ELIGIBLE FOR THE TIME OFF DUE TO A BUREAU OF PRISONS SUBJECTIVE DECISION. MY CRIME HAS POTENTIAL FORCE AND DUE TO THE CONDUCT AND NATURE INVOLVES SEXUAL ABUSE OF A MINOR. THERE WERE NO VICTIMS. I DO KNOW THERE ARE VICTIMS IN THIS SORT OF CRIME. I DO NOT CONDONE MY BEHAVIOR LOOKING FOR A PROSTITUTE. HOWEVER, I WAS ON A 18+ WEBSITE AND WAS NOT LOOKING FOR SOMEONE UNDERAGE. THIS IS EVIDENT AFTER THE FBI DID A THOROUGH INVESTIGATION OF MY COMPUTER AND E-MAIL. NOTHING ILLEGAL WAS FOUND AND THERE WERE NO CHAT TRANSCRIPTS. OTHER INMATES WITH SIMILAR AND WORSE CRIMES DID GET THE TIME OFF FOR COMPLETING RDAP. IT APPEARS TO BE A POLITICAL LIABILITY TO GIVE A SEX OFFENDER TIME OFF. I HAD A MAJOR DRUG PROBLEM DUE TO SEVERAL LIFE EVENTS AND NEEDED TO ESCAPE FROM REALITY. I WISH PRIOR TO MY ARREST THAT I WOULD HAVE BEEN ARRESTED FOR DRUGS BECAUSE THIS WOULD OF NEVER HAPPENED. I WAS SCARED TO INFORM MY EMPLOYER THAT I HAD A SEVERE DRUG PROBLEM. I DID NOT WANT TO LOSE MY JOB. I WAS IMPARED AT THE TIME OF THE CRIME. IT WOULD OF NEVER DONE IF I WAS NOT IMPARED. IT WAS MY CHOICE TO DO THE DRUGS AND TAKE FULL RESPONSIBILITY FOR MY ACTIONS. I DID SOMETHING COMPLETLY OUT OF CHARACTER, SOMETHING I REGRET AND I MAY NEVER GET OVER IT. THIS WILL FOLLOW ME THE REST OF MY LIFE. I HAVE LOST SEVERAL FRIENDS FROM MY SENSELESS ACTIONS. I WAS ALSO ENTICED TO PAY

FOR THE 14 YEAR OLD. PLEASE, WE NEED FOOD, I WILL GIVE YOU A GOOD DEAL. I INITIALY FELL FOR MY STEPFATHER IS OUT OF WORK, WE NEED FOOD ON THE TABLE. WE ARE NOT THE POLICE AND WANT NO TROUBLE. THEY WERE RELENTLESS BUT I TOOK THE BAIT. I AM NOT A PREDITOR AND IT HURTS ME DEEPLY THAT I AM CONSIDERED THAT. I NEVER IN MY LIFE LOOKED FOR SOMEONE UNDERAGE. I AM GETTING THERAPY FROM DR. CANNON THE STAFF PSYCHOLOGIST. HE SAYS I HAVE A SEVERE DRUG PROBLEM AND NOT A SEX PROBLEM. I AM GOING TO RDAP REGARDLESS OF WHAT THE FINAL OUTCOME IS REGARDING THE TIME OFF. I NEED DRUG THERAPY. I WANT TO HELP MY FAMILY WHO I HURT DEEPLY AND WANT TO SEE MY MOTHER WHO HAD A PARALYZING STROKE PRIOR TO MY ARREST AGAIN. SHE IS IN DELMAR GARDENS NOW. SHE ALSO HAS FORGIVEN ME. I ALSO PLAN TO SPEAK TO GROUPS REGARDING THE DANGERS OF DRUG ABUSE. IT IMPARED MY COGNATIVE ABILITY TO THINK LEADING TO A SENSELESS ACTION IN WHICH INCARCERATED ME. I DO NOT ANYONE TO GO THROUGH WHAT I DID. I WAS ALMOST RAPED, CHOKED WITH A TELEPHONE CORD, AM A VICTIM OF CONSTANT VERBAL ABUSE, OSTRACISED BY INMATES AND STAFF. I AM GOING TO TRY TO DO THE RIGHT THING. I AM WRITING THE TWO MISSOURI SENATORS AND MY LOYAL REPRESENTATIVE THAT ALL SEX OFFENDERS ARE NOT MONSTERS AND PEOPLE ARE PRONE TO MAKE MISTAKES. WE ALSO SHOULD BE CONSIDERED FOR THE TIME OFF FROM RDAP SOME OF US HAD A DRUG PROBLEM THAT GOT US INTO TROUBLE. THE CRIME WAS MANUFACTURED AND I AM GUILTY. IT FOUND ME AND I WAS NOT LOOKING FOR IT. IF THERE IS ANYTHING YOU CAN DO TO HELP ME GET THE TIME OFF. I WOULD GREATLY APPRECIATE IT AND BE FOREVER GRATEFUL. I AM IN THE PROCESS IN APPEALING THEIR DECISION. I WAS TOLD BY SEVERAL STAFF MEMBERS THAT MY CRIME SINCE IT WAS A COMPUTER CRIME WOULD BE NO ISSUE. JENNIFER DANNELS IN GRAND PRARIE WHO IS THE ATTORNEY WHO DENIED ME. GRAND PRARIES ADDRESS

THANK YOU

346 MARINE FORCES DRIVE
GRAND PRARIE, TX
75051

MATTHEW WERNS
CO # 361-63 044
FCC OXFORD
FEDERAL MED. CTR
PO BOX 1600
LOXFORD WI 53952

RECEIVED
BY MAIL
JAN 14 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

36465-044
Judge Jean Hamilton
111 South 10th Street 16th Floor
Saint Louis, MO - 63102
United States